May 30, 1980.

427 A.2d 263

In the Matter of Custody of Four Minor Children.

In the Matter of Annette B. (M.).

Thelma E. B., Appellant, v. Carl A. B.

Argued April 15, 1980. Susan Apel, for appellant; Kenneth A. Magar, for appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Order of the lower court affirmed.

PRICE, J., filed a memorandum dissenting statement.